IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RICH | ) |
| | ) |
| v. | ) NO. 3-11-0362 |
| | ) JUDGE CAMPBELL |
| SEVERE RECORDS, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 44), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Therefore, in accordance with the Court's prior Order (Docket No. 39), Plaintiff is awarded his attorneys' fees in the amount of $23,930.000 and costs in the amount of $1,016.05, for a total of $24,946.05 against Defendants.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE